Joseph R. Manning, Jr., Esq.  (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Craig G. Cote. Esq. (State Bar No. 132889)
ADAPracticeGroup@manninglawoffice.com
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*
CARMEN JOHN PERRI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BOARD HOUSE COFFEE, LLC, a California limited liability company, dba Board House Coffee; VINCI PLAZA, LLC, a California limited liability company, and DOES 1-10, inclusive,<br><br>          Defendants, | Case No.: 2:17-cv-05626 R (AFMx)<br><br>Hon. Manuel L. Real<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO BOARD HOUSE COFFEE, LLC ONLY- PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: July 28, 2017<br>Trial Date: None |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Carmen John Perri ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, as to Board House Coffee LLC only.  Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED : November 6, 2017

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*

Joseph R. Manning, Jr.
Attorney for Plaintiff
CARMEN JOHN PERRI

1

2

**<u>CERTIFICATE OF SERVICE</u>**

3      I certify that on November 6, 2017, I electronically filed the foregoing

4  document with the Clerk of the Court using CM/ECF. I also certify that the

5  foregoing document is being served this day on counsel of record in this action via

6  email transmission and via transmission of Electronic Filing generated by CM/ECF.

7                                              Respectfully submitted,

8

9  Dated:November 6, 2017              **MANNING LAW, APC**

10

11

12                              By:    */s/ Jospeh R. Manning, Jr., Esq.*
                                       Joseph R. Manning, Jr., Esq.

13                                     Attorney for Plaintiff,
                                       CARMEN JOHN PERRI

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO BOARD HOUSE
COFFEE ONLY